[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 203.]

HALL, ADMR., APPELLEE, *v*. CUYAHOGA COUNTY ET AL., APPELLANTS.

[Cite as *Hall v. Cuyahoga Cty.*, 2001-Ohio-257.]

*Appellate procedure—Final order—Political subdivision tort liability—R.C. 2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens v. Ackman.*

(Nos. 00-844 and 00-955—Submitted February 28, 2001—Decided March 28, 2001.)

APPEALS from the Court of Appeals for Cuyahoga County, Nos. 77671 and 77666.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Richard L. Demsey* and *Kathleen St. John*, for appellee.

*William D. Mason*, Cuyahoga County Prosecuting Attorney, and *Kathleen A. Martin*, Litigation Manager, Civil Division, for appellant Cuyahoga County.

*Weston, Hurd, Fallon, Paisley & Howley, L.L.P.,* and *Christopher M. Ernst*, for appellant city of North Olmsted.

————————————